UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-1404
_____

GOLDA D. HARRIS,
and those similarly situated,

                             Appellant

v.

CREDIT ACCEPTANCE CORPORATION;
JOHN DOE; CEO BRETT ROBERTS

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 3-21-cv-12986)
District Judge: Honorable Zahid N. Quraishi

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
August 1, 2022

Before: RESTREPO, PHIPPS and RENDELL, Circuit Judges

_____

**JUDGMENT**

_____

    This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on August 1, 2022. On consideration whereof, it is now hereby

    ORDERED and ADJUDGED by this Court that the judgment of the District Court entered February 16, 2022, be and the same is hereby affirmed. Costs taxed against the appellant. All of the above in accordance with the opinion of this Court.

                                  ATTEST:

                                  s/ Patricia S. Dodszuweit
Dated: September 28, 2022        Clerk