IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOLDA D. HARRIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CREDIT ACCEPTANCE CORPORATION, Their Agents, Employees, Representatives and BRETT ROBERTS, CEO, (John Doe(s)),<br><br>　　　　　Defendants. | Case No. 3:21-cv-12986 (ZNQ)(DEA) |

## ORDER

Pursuant to Local Rule 79.4, on this 19th day of December, 2022, following receipt of the judgment (ECF Doc. 22) and the mandate (ECF Doc. 23) from the United States Court of Appeals for the Third Circuit ("Third Circuit Order"), and in accordance therewith, it is hereby ORDERED that:

1. The Third Circuit Order is implemented; and

2. Costs are hereby assessed and entered against Plaintiff, Golda Harris, and in favor of Defendant, Credit Acceptance Corporation, in the amount of $252.90.

BY THE COURT:

_____
Honorable Zahid N. Quraishi
Unites States District Judge

5877760v.1